UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER F. HERINA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-3011 DB P<br><br><br>ORDER |

　　　　Plaintiff is a former state prisoner appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. He has consented to magistrate judge jurisdiction. (ECF No. 6.)

　　　　A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute. <u>See</u> Local Rule 183(b). All pending motions shall be terminated.

Dated: April 12, 2017

/DLB7;
DB/Inbox/Routine/heri3011.33a

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE